UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-08-127-1 |
| | § | |
| APOLONIO GALLARDO-LUNA | § | |

## **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear for court as required; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is significant, but not overwhelming. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is a resident alien facing deportation if convicted. His personal information has not been verified, his wife is illegally in the country, and he has significant ties to Mexico. Moreover, the defendant does not have assets sufficient to rebut the risk of flight. He is a poor bond risk.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

      ORDERED this 6th day of March, 2008.

                                                       B. JANICE ELLINGTON
                                                      UNITED STATES MAGISTRATE JUDGE